UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JERRY GRADL MOTORS, INC., *et ano.*,

                Plaintiffs,

                                                21-CV-409-CCR

     v.

ACV AUCTIONS, INC., *et al.*,

                Defendants.

---

# DEFENDANT SUN CHEVROLET, INC. AND DEFENDANT WHOLESALE CARS ONLINE.COM L.L.C.'S RULE 7.1 DISCLOSURE STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sun Chevrolet, Inc. and Defendant Wholesale Cars Online.Com L.L.C. submit the following.  Sun Chevrolet, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.  Wholesale Cars Online.Com L.L.C. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED:       Buffalo, New York
                August 5, 2021

                          Respectfully submitted,

                          **HOOVER & DURLAND LLP**
                          *Attorneys for Defendants Sun Chevrolet, Inc., Wholesale Cars Online.Com L.L.C., and Todd J. Caputo*

                                  /s/Timothy W. Hoover
                          By: _____
                                  Timothy W. Hoover
                          561 Franklin Street
                          Buffalo, New York 14202
                          Telephone: (716) 800-2604
                          *thoover@hooverdurland.com*