

EDWARD P. YANKELUNAS
SPECIAL COUNSEL

DIRECT LINE: 716.932.6587
DIRECT FAX: 716.932.6687
EYANKELUNAS@HOGANWILLIG.COM

# HOGANWILLIG
ATTORNEYS AT LAW

MAIN OFFICE:
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
PHONE: 716.636.7600 | TOLL FREE: 800.636.5255 | FAX: 716.636.7606

WWW.HOGANWILLIG.COM
SERVICE BY FAX AND EMAIL NOT ACCEPTED

ADDITIONAL OFFICES:
155 SUMMER STREET
BUFFALO, NY 14222

6133 ROUTE 219 S
SUITE 1005
ELLICOTTVILLE, NY 14731

43 CENTRAL AVENUE
LANCASTER, NY 14086

770 DAVISON ROAD
LOCKPORT, NY 14094

August 9, 2021

**VIA ECF**

Hon. Christina Reiss
United States District Court
Western District of New York
U.S. Courthouse
Buffalo, New York

  Re: *Jerry Gradl Motors, Inc., et al v. ACV Auctions, Inc., et al*
     Civil Action No. 21-CV-409

Dear Judge Reiss,

  This office represents the Plaintiffs in the above action.

  On July 19, 2021 the Plaintiffs filed a motion (Doc. 46) requesting clarification as to how the Exhibits referenced in the Court's July 13, 2021 Order (Doc. 43) are to be redacted; the motion also asked for an extension of the Plaintiffs' time to file the redacted Exhibits pending such clarification. The Court issued a Text Order granting the requested extension of time.

  The aforementioned Exhibits are attached to the Second Amended Class Action Complaint which was filed on July 7, 2021 (Doc. 39). We bring the foregoing to the Court's attention because we believe we are unable to serve the Second Amended Complaint on the new defendants in the case until we receive clarification from the Court as to how the Exhibits are to be redacted.

  Thank you for your consideration.

Respectfully yours,

Edward P. Yankelunas

CC: Myriah V. Jaworski, Esq.
   John A. Jurata, Jr., Esq.
   Timothy W. Hoover, Esq.
   Jon P. Devendorf, Esq.