EDWARD P. YANKELUNAS
SPECIAL COUNSEL

DIRECT LINE: 716.932.6587
DIRECT FAX: 716.932.6687
EYANKELUNAS@HOGANWILLIG.COM



HOGANWILLIG
ATTORNEYS AT LAW

MAIN OFFICE:
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
PHONE: 716.636.7600 | TOLL FREE: 800.636.5255 | FAX: 716.636.7606

WWW.HOGANWILLIG.COM
SERVICE BY FAX AND EMAIL NOT ACCEPTED

ADDITIONAL OFFICES:
155 SUMMER STREET
BUFFALO, NY 14222

6133 ROUTE 219 S
SUITE 1005
ELLICOTTVILLE, NY 14731

43 CENTRAL AVENUE
LANCASTER, NY 14086

770 DAVISON ROAD
LOCKPORT, NY 14094

August 10, 2021

**VIA ECF**

Hon. Christina Reiss
United States District Court
Western District of New York
U.S. Courthouse
Buffalo, New York

    Re:    *Jerry Gradl Motors, Inc., et al v. ACV Auctions, Inc., et al*
             Civil Action No. 21-CV-409

Dear Judge Reiss,

       This office represents the Plaintiffs in the above action. I am writing in reference to the Court's Entry Order Clarifying the Court's July 13, 2021 Sealing Order which was filed today (Doc. 59).

       In the Plaintiffs' motion for clarification (Doc 46-1, par. 7) and the undersigned's reply affidavit (Doc. 49, par. 4) clarification was requested relative to the one-line summaries of the listed transactions which appear immediately above the headings for the transactions. For example, the summary of listed transactions on the first page of Exhibit "B" to the Kaplan Affidavit states "Showing 1 through 100 of 333 auctions." It is respectfully submitted that there is nothing proprietary about a numerical summary of the transactions, and that the one-line transaction summaries should remain visible.

       However, the Court's Entry Order which was filed today did not rule on the question of whether the transaction summaries should remain visible on the subject Exhibits. To avoid confusion and disagreement, it is respectfully requested that the Court rule on this point.

       Thank you for your consideration.

                                                    Respectfully yours,

                                                    Edward P. Yankelunas

PERSONAL INJURY & MALPRACTICE | MATRIMONIAL & FAMILY LAW | LITIGATION | CORPORATE & BUSINESS LAW | CRIMINAL DEFENSE | REAL ESTATE LAW
ESTATE PLANNING, WILLS & TRUSTS | ESTATES | ELDER LAW | GUARDIANSHIPS | BANKRUPTCY & DEBT RELIEF | VEHICLE & TRAFFIC LAW | SOCIAL SECURITY DISABILITY

{H3099406.1}

EPY/kms

CC:  Myriah V. Jaworski, Esq.
     John A. Jurata, Jr., Esq.
     Timothy W. Hoover, Esq.
     Jon P. Devendorf, Esq.