# Exhibit A

## Auctions

Showing 1 through 100 of 174 auctions

Key: NPS=NON INSURANCE   Auctions per page: 100

| ID | If Sold | End Date/Time | Vehicle | VIN | Title Status | Seller | Buyer | Dist | Status | Fix Price | Auto Sell | TXP | Lights | Problem | Payment Method | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 226246 | | 5/31/18 09:25 PM | 12 Ford E250 Vans Econoline | CDA4344 | | Dominick Mollica | Brian M. Malcnak | 43 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 226514 | | 5/31/18 07:40 PM | 06 Mercedes Benz C-Class C230 | 6F606270 | | Dominick Mollica | Brian M. Malcnak | 43 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 224966 | | 5/31/18 07:01 PM | 12 Ford E250 Vans Econoline | CDA00039 | | Dominick Mollica | Brian M. Malcnak | 43 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 224736 | | 5/31/18 05:54 PM | 12 Ford E250 Vans Econoline | CDA4344 | | Dominick Mollica | Brian M. Malcnak | 43 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 224744 | | 5/31/18 05:52 PM | 06 Mercedes Benz C-Class C230 | 6F606270 | | Dominick Mollica | Brian M. Malcnak | 43 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 223614 | | 5/30/18 09:39 PM | 11 Mercury Sable LS Premium | 14006143 | | Dominick Mollica | Brian M. Malcnak | 41 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 223359 | | 5/30/18 08:14 PM | 07 Jeep Commander Sport | 3C645730 | | Dominick Mollica | Brian M. Malcnak | 5 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 202237 | | 5/26/18 08:14 PM | 20 Toyota Avalon XLS | YU007519 | | Dominick Mollica | Brian M. Malcnak | 43 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 206762 | | 5/26/18 12:54 PM | 03 Pontiac Vibe Base | 32418792 | | Larry Crisler | Brian M. Malcnak | 60 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 200536 | | 5/25/18 09:22 PM | 06 Cadillac DTS | 6U238372 | | Dominick Mollica | Brian M. Malcnak | 43 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 200534 | | 5/25/18 08:48 PM | 18 Dodge Journey SXT | FT693467 | | Dominick Mollica | Brian M. Malcnak | 5 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 200536 | | 5/25/18 08:18 PM | 18 Dodge Journey SXT | FT693467 | | Dominick Mollica | Brian M. Malcnak | 5 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 200490 | | 5/25/18 06:49 PM | 06 Cadillac DTS | 6U238372 | | Dominick Mollica | Brian M. Malcnak | 49 | Courier Original Declined | No Sale | Yes | | | No Problems | | |
| 200455 | | 5/25/18 06:48 PM | 06 Chevrolet Impala LT | 6332731 | | Dominick Mollica | Brian M. Malcnak | 43 | Courier Original Declined | No Sale | Yes | | | No Problems | | |



