# Exhibit B

## Auctions

Showing 1 through 100 of 333 auctions

Key: ARBITRATION/ASSURANCE

Auctions per page: 100

| ID | Sold | End Date / Time | Vehicle | VIN | Title Status | Seller | Buyer | Dist | Status | Fin Price | Auto Sell | TXP | Lights | Problem | Payment Method | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 419399 | O | 12/26/18 10:16 PM | 12 Chevrolet Impala LT | 172084 | Sent | Peter Detor | Brian M. Malchak | 49 | Ended Accepted | $5,000 | Yes | No | | | ACH | Paid |
| 419318 | | 12/26/18 07:42 PM | 05 Chevrolet Impala Base | 314236 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 419313 | | 12/26/18 07:38 PM | 03 Chevrolet Malibu Base | 662312 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 419311 | | 12/26/18 07:34 PM | 07 Kia Spectra EX | 396710 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 412160 | | 12/18/18 08:52 PM | 12 Kia Sedona LX | 492996 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 403207 | | 12/11/18 08:53 PM | 01 Ford Escort Base | 203760 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 370824 | | 11/14/18 09:10 PM | 07 Kia Sedona LX | 110734 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 370778 | | 11/14/18 07:32 PM | 02 Ford F250SD XLT | C31683 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 364310 | O | 11/8/18 08:29 PM | 11 Suzuki SX4 LE | 301676 | Sent | Peter Detor | Brian M. Malchak | 49 | Counter Accepted | $325 | Yes | No | | | ACH | Paid |
| 353548 | | 10/30/18 07:57 PM | 14 Nissan Versa Note SV | 430491 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 343782 | | 10/23/18 03:17 PM | 12 Kia Sorento Base | 292997 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 342862 | | 10/22/18 09:08 PM | 00 Jeep Grand Cherokee Laredo | 166091 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 342861 | | 10/22/18 09:08 PM | 08 Kia Sportage LX | 539296 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 342856 | | 10/22/18 09:08 PM | 04 Toyota Corolla CE | 305226 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |

Open "https://tools.acvauctions.com" in a new tab

## Auctions

Showing 101 through 200 of 333 auctions

| ID | IF Sold | End Date / Time | Vehicle | VIN | Title Status | Seller | Buyer | Dist | Status | Fin Price | Auto Sell | TXP | Lights | Problem | Payment Method | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 309365 | | 9/21/18 09:00 PM | 66 Chevrolet Corvette | 120513 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 309548 | | 9/21/18 07:51 PM | 66 Chevrolet Corvette | 120513 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 309541 | | 9/21/18 07:47 PM | 82 Chevrolet Corvette | 119459 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 309097 | | 9/21/18 03:15 PM | 82 Chevrolet Corvette | 119459 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 309090 | | 9/21/18 03:12 PM | 66 Chevrolet Corvette | 120513 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 308163 | | 9/20/18 09:28 PM | 82 Chevrolet Corvette | 119459 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 308181 | | 9/20/18 09:27 PM | 13 Chevrolet Equinox LT | 242225 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 308180 | | 9/20/18 09:27 PM | 07 Buick Lucerne CXL | 159266 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 308125 | | 9/20/18 07:48 PM | 12 Ford F-150 XLT | C46905 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 308103 | | 9/20/18 07:45 PM | 13 Chevrolet Silverado 2500 W/T | 105443 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 308096 | | 9/20/18 07:40 PM | 07 Buick Lucerne CXL | 159266 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 308095 | | 9/20/18 07:40 PM | 13 Chevrolet Equinox LT | 242225 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 308093 | | 9/20/18 07:39 PM | 04 Jeep Grand Cherokee Limited | 211542 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 308090 | | 9/20/18 07:38 PM | 82 Chevrolet Corvette | 119459 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 307354 | | 9/20/18 02:29 PM | 13 Chevrolet Silverado 2500 W/T | 105443 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 307313 | | 9/20/18 02:26 PM | 66 Chevrolet Corvette | 120513 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | No | | | | | |
| 306852 | | 9/20/18 11:19 AM | 13 Chevrolet Silverado 2500 W/T | 105443 | | Peter Detor | Brian M. Malchak | 49 | Posted Declined | No Sale | Yes | | | | | |
| 306850 | | 9/20/18 11:18 AM | 13 Chevrolet Silverado 2500 W/T | 131368 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |
| 306742 | | 9/19/18 09:21 PM | 13 Chevrolet Silverado 2500 W/T | 131368 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | | | | | |

| ACV | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 412160 | 12/18/18 08:52 PM | 12 Kia Sedona LX | | 492996 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 403207 | 12/11/18 08:53 PM | 01 Ford Escort Base | | 203780 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 370824 | 11/14/18 09:10 PM | 07 Kia Sedona LX | | 110734 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 370778 | 11/14/18 07:32 PM | 02 Ford F250SD XLT | | C31683 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 364310 | 11/8/18 08:29 PM | 11 Suzuki SX4 LE | | 301676 Sent | | Peter Detor | Brian M. Malchak | 49 | Counter Accepted | $325 | Yes ACH Paid |
| 353548 | 10/30/18 07:57 PM | 14 Nissan Versa Note SV | | 430491 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 343762 | 10/23/18 03:17 PM | 12 Kia Sorento Base | | 292997 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 342861 | 10/22/18 09:08 PM | 08 Kia Sportage LX | | 539296 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 342862 | 10/22/18 09:08 PM | 00 Jeep Grand Cherokee Laredo | | 166091 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 342856 | 10/22/18 09:08 PM | 04 Toyota Corolla CE | | 305226 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 342781 | 10/22/18 07:25 PM | 12 Kia Sorento Base | | 292997 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 342779 | 10/22/18 07:24 PM | 04 Toyota Corolla CE | | 305226 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 342769 | 10/22/18 07:21 PM | 08 Kia Sportage LX | | 539296 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 342768 | 10/22/18 07:21 PM | 00 Jeep Grand Cherokee Laredo | | 166091 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 339401 | 10/18/18 07:25 PM | 04 Hyundai Sonata GLS | | 953143 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 339397 | 10/18/18 07:24 PM | 10 Hyundai Accent GS | | 179648 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 338015 | 10/17/18 09:22 PM | 99 Oldsmobile 88 Base | | 803020 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 338011 | 10/17/18 09:18 PM | 11 Nissan Armada Platinum | | 621006 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 338009 | 10/17/18 09:17 PM | 10 Hyundai Accent GS | | 179648 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 338006 | 10/17/18 09:16 PM | 04 Hyundai Sonata GLS | | 953143 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 337927 | 10/17/18 07:21 PM | 04 Hyundai Sonata GLS | | 953143 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 337923 | 10/17/18 07:19 PM | 10 Hyundai Accent GS | | 179648 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 337921 | 10/17/18 07:19 PM | 11 Nissan Armada Platinum | | 621006 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 336461 | 10/16/18 09:21 PM | 14 Ford Explorer Limited | | 848028 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |
| 336455 | 10/16/18 09:17 PM | 04 Hyundai Sonata GLS | | 953143 | | Peter Detor | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes |