# Exhibit C

Auctions

Showing 1 through 31 of 31 auctions

Key **ARBITRATION/ASSURANCE**

Auctions per page 100 ˅

| ID | Sold | End Date / Time | Vehicle | VIN | Title Status | Seller | Buyer | Dist | Status | Fin Price | Auto Sell | Is Private | TXP | Lights | Problem | Payment Method | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1636842 | O | 5/20/20 04:11 PM | '06 Pontiac Vibe Base | 439702 | Sent | Todd Caputo | Brian M. Malchak | 51 | Ended Accepted | $700 | Yes | No | No | ■ |  | ACH | Paid |
| 1238666 | O | 12/30/19 06:50 PM | '06 Toyota RAV4 Base | 004877 | Sent | Peter Detor | Brian M. Malchak | 51 | Counter Accepted | $2,400 | Yes | No | No | ■ | | ACH | Paid |
| 1061365 | O | 10/31/19 06:08 PM | '10 Kia Sportage LX | 725978 | Sent | Peter Detor | Brian M. Malchak | 51 | Ended Accepted | $1,075 | Yes | No | No | ■ | | ACH | Paid |
| | | | | | | | | | | | | | | | | | Paid |

Auctions

Showing 1 through 100 of 352 auctions

Key: **ARBITRATION/ASSURANCE**

Auctions per page
100 ⌄

| ID | I₹ | Sold | End Date / Time | Vehicle | VIN | Title Status | Seller | Buyer | Dist | Status | Fin Price | Auto Sell | Is Private | TXP | Lights | Problem | Payment Method | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2451626 | | | 1/12/21 11:09 AM | '03 Cadillac CTS | 125079 | | Todd Caputo | Brian M. Malchak | 51 | Counter Original Declined | No Sale | Yes | No | | ▪ | | ⬚ | |
| 2441737 | | | 1/8/21 05:20 PM | '07 Chevrolet Equinox LT | 071761 | | Todd Caputo | Brian M. Malchak | 51 | Counter Original Declined | No Sale | Yes | No | | ▪ | | ⬚ | |
| 2253124 | | | 11/19/20 04:42 PM | '13 Ford Fiesta SE | 218044 | | Todd Caputo | Brian M. Malchak | 51 | Counter Original Declined | No Sale | Yes | No | | ▪ | ▪ | ⬚ | |
| 1740406 | | | 6/29/20 04:13 PM | '13 Chevrolet Equinox LS | 119169 | | Todd | Brian M. | 51 | Counter Original | No | Yes | No | | ▪ | | | |

## Auctions

Showing 1 through 14 of 14 auctions

Key: **ARBITRATION/ASSURANCE**

Auctions per page: 100

| ID | 1F | Sold | End Date / Time | Vehicle | VIN | Title Status | Seller | Buyer | Dist | Status | Fin Price | Auto Sell | Is Private | TXP | Lights | Problem | Payment Method | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 277188 | | O | 4/8/21 05:56 PM | '03 Jeep Grand Cherokee Laredo | 633038 | Sent | Todd Caputo | Brian M. Malchak | 51 | Ended Accepted | $550 | Yes | No | No | | | ACH | Paid |
| 1100434 | | O | 12/12/19 04:13 PM | '06 Toyota Corolla CE | 662827 | Sent | Peter Detor | Brian M. Malchak | 43 | Counter Accepted | $800 | Yes | No | No | | | ACH | Paid |
| 874491 | | O | 9/3/19 04:51 PM | '07 Toyota Sienna XLE | 098968 | Sent | Peter Detor | Brian M. Malchak | 43 | Counter Accepted | $1,800 | Yes | No | No | | | ACH | Paid |
| ...... | | ( | ........ | ............ | ...... | .... | ........ | ........ | .. | ...... | $... | Yes | No | No | | | ACH | Paid |

Auctions

Key: **ARBITRATION/ASSURANCE**

Auctions per page 100 ˅

Showing 1 through 100 of 359 auctions

| ID | Sold | End Date / Time | Vehicle | VIN | Title Status | Seller | Buyer | Dist | Status | Fin Price | Auto Sell | Is Private | TXP | Lights | Problem | Payment Method | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2382448 | | 12/22/20 05:54 PM | '05 Chevrolet G2500 Vans Express | 120307 | | Todd Caputo | Brian M. Malchak | 43 | Counter Original Declined | No Sale | Yes | No | | ■ | | | |
| 2019892 | | 9/23/20 02:07 PM | '18 Chevrolet Silverado 1500 LT | 234965 | | Jesse Lazzaro | Brian M. Malchak | 43 | Ended Declined | No Sale | No | No | | ■ | | | |
| 1748322 | | 7/1/20 04:31 PM | '09 Chevrolet Impala LT | 218805 | | Todd Caputo | Brian M. Malchak | 43 | Counter Original Declined | No Sale | Yes | No | | ■ | | | |
| 1500697 | | 5/1/20 05:44 PM | '11 Chevrolet Silverado | 135563 | | Todd | Brian M. | 43 | Counter Original | No | Yes | No | | ■ | | | |



Auctions

Showing 1 through 12 of 12 auctions

Key: **ARBITRATION/ASSURANCE**

Auctions per page: 100

| ID | Sold | End Date / Time | Vehicle | VIN | Title Status | Seller | Buyer | Dist | Status | Fin Price | Auto Sell | Is Private | TXP | Lights | Problem | Payment Method | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1644075 | O | 5/22/20 05:24 PM | 11 Chevrolet Cruze LTZ | 258866 | Sent | Todd Caputo | Brian M. Malchak | 6 | Ended Accepted | $1,950 | Yes | No | No | | | ACH | Paid |
| 1257159 | O | 1/6/20 04:56 PM | 01 Toyota Highlander Base | 016431 | Sent | Peter Detor | Brian M. Malchak | 6 | Counter Accepted | $1,300 | Yes | No | No | | | ACH | Paid |
| 1250801 | O | 1/3/20 04:12 PM | 12 Chevrolet Traverse LS | 418793 | Sent | Peter Detor | Brian M. Malchak | 6 | Counter Accepted | $2,500 | Yes | No | No | | | ACH | Paid |

Auctions

Showing 1 through 100 of 195 auctions

Key **ARBITRATION/ASSURANCE**

Auctions per page 100 ▾

| ID | If | Sold | End Date / Time | Vehicle | VIN | Title Status | Seller | Buyer | Dist | Status | Fin Price | Auto Sell | Is Private | TXP | Lights | Problem | Payment Method | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2382349 | | | 12/22/20 05:39 PM | '07 Chevrolet Silverado 1500 Clsc WT | 242818 | | Todd Caputo | Brian M. Malchak | 49 | Counter Original Declined | No Sale | Yes | No | | ▇ No | | | |
| 1274634 | | | 1/10/20 04:06 PM | '11 Ford Crown Victoria LX | 104788 | | Peter Detor | Brian M. Malchak | 6 | Counter Original Declined | No Sale | Yes | No | | ▇ ⇩ | | | |
| 1246866 | | | 1/2/20 05:31 PM | '12 Chevrolet Traverse LS | 418793 | | Peter Detor | Brian M. Malchak | 6 | Counter Original Declined | No Sale | Yes | No | | ▇ ⇩ | | | |
| 1246512 | | | 1/2/20 04:27 PM | '12 Chevrolet Traverse LS | 418793 | | Peter | Brian M. | 6 | Counter Original | No | Yes | No | | ▇ ⇩ | | | |