UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JERRY GRADL MOTORS, INC., and LIFETIME
MOTOR CARS, INC., Individually and
On Behalf of All Others Similarly Situated,

                Plaintiffs,

v.                                                  Civil Action No. 21-CV-409

ACV AUCTIONS, INC., SUN CHEVROLET, INC.,
WHOLESALE CARS ONLINE.COM., L.L.C. d/b/a SUN
AUTO WAREHOUSE, WHOLESALE CARS ONLINE.COM,
L.L.C. d/b/a SUN AUTO WAREHOUSE OF CORTLAND
and BRIAN M. MALCHAK

                Defendants

---

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by their counsel, stipulate that all claims, causes of action, and counterclaims in the above-entitled action as against all Defendants be dismissed on the merits with prejudice and without costs, disbursements or attorneys' fees to any party.

Dated: January 27, 2023

_____
Edward P. Yankelunas, Esq.
*Attorneys for Plaintiff*
2410 North Forest Road, Suite 301
Amherst, New York 14068
(716) 636-7600

Dated: January 27, 2023

_____
John (Jay) Jurata, Jr., Esq.
Orrick, Herrinton & Sutcliffe
*Attorneys for Defendant ACV Auctions, Inc.*
1152 15th Street NW
Washington, D.C., 20005
(202) 339-8400

Dated: January 31, 2023

_____
Myriah V. Jaworski, Esq.
~~Beckage PLLC~~ Clark Hill LLP
Attorneys for Defendant ACV Auctions, Inc.
420 Main Street, Suite 1110
Buffalo, NY 14202
(716) 898-2102

Dated: January 27, 2023

_____
Timothy W. Hoover, Esq.
Hoover & Durland LLP
Attorneys for Sun Auto Defendants
561 Franklin Street
Buffalo, NY 14202
(716) 800-2604

Dated: January ___, 2023

_____
Jon P. Devendorf, Esq.
Barclay Damon LLP
Attorneys for Defendant Brian M. Malchak
125 East Jefferson Street
Syracuse, NY 13202
(315) 425-2724